**Appeal Dismissed and Memorandum Opinion filed December 8, 2015.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-15-00641-CV

**JIMMY DIAZ, Appellant**

**V.**

**A.M. STRINGFELLOW UNIT, ET AL, Appellee**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-68893**

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 7, 2015. The notice of appeal was filed July 20, 2015. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207.

On August 11, 2015, this court ordered appellant to pay the appellate filing fee on or before August 21, 2015, or the appeal would be dismissed. Appellant has

not paid the appellate filing fee.

Additionally, the clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. On September 17, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record.

Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Donovan.